**Order entered December 22, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00143-CV**

**THEODORE SIMMONS, Appellant**

**V.**

**MIDLAND FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01681-C**

**ORDER**

On December 8, 2020, we denied appellant's motion to abate the appeal to allow the trial court to sign findings of fact and conclusions of law, noting the reporter's record of the final trial reflected the judgment was not based on an evidentiary hearing containing conflicting testimony. Before the Court are appellant's motion to reconsider that order, motion to correct inaccuracies and omissions in the reporter's record, and motion to reset the deadline for his opening brief.

We note none of these motions include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5).  The motion to reconsider and the motion to correct the reporter's record, however, were filed more than ten days ago and reflect they were served on appellee.  In light of this and in the interest of expediting this appeal, we address the motions.

We **GRANT** the motion to correct the reporter's record to the extent we **ORDER** the trial court to conduct a hearing, **no later than January 8, 2021**, to determine if the reporter's record contains inaccuracies and/or omissions as asserted by appellant in the motion, which is attached.  *See* TEX. R. APP. P. 34.6(e)(3).  If the trial court finds any inaccuracies and/or omissions, the court shall order the court reporter to conform the record, including text and any exhibits, to what occurred in the trial court, and to file certified corrections in the appellate court **within ten days of the trial court hearing**.  *See id.* 34.6(e)(2). The trial court shall make written findings of fact and have them included in a supplemental clerk's record to be filed **no later than January 12, 2021**.  A reporter's record of the trial court hearing shall also be filed **no later than January 12, 2021**.

Appellant's motions for reconsideration and extension of time remain pending.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Dallas County Clerk John Warren; Janet Wright, Official Court Reporter for County Court at Law No. 3; LaToya Young, the reporter who prepared the record at issue; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing.  The appeal will be reinstated no later than January 18, 2021.

/s/    BILL WHITEHILL
JUSTICE